# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE ROCHA,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.  1:15-cv-01298-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION<br><br>(ECF No. 2)<br><br>TWENTY DAY DEADLINE |

Plaintiff Mike Rocha filed a complaint challenging the Commissioner's final decision denying his application for Social Security benefits.  (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.   However, Plaintiff's application was not adequately completed.   Plaintiff indicated that he receives "Disability or workers compensation payments," but did not indicate the amount of such benefits that he receives.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is DENIED without prejudice;

1

    2.        The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

    3.        Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

    4.        If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **August 25, 2015**  
                                                          UNITED STATES MAGISTRATE JUDGE