# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE ROCHA,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:15-cv-01298-SAB<br><br>ORDER RE NOTICE OF VOLUNTARY DISMISSAL |

On August 25, 2015, the Court issued an order requiring Plaintiff to either file a long form application to proceed <u>in forma pauperis</u> or pay the filing fee within twenty (20) days. (ECF No. 3.)  As of September 23, 2015, after the 20 day deadline, no response was received by the Court.  Therefore, the Court issued an order to show cause why this action should not be dismissed due to Plaintiff's failure to comply with the Court's August 25, 2015.  (ECF No. 4.)

On September 24, 2015, Plaintiff filed a notice of voluntary dismissal.  (ECF No. 5.)  The same day, Plaintiff filed a Notice of Errata asking the Court to strike the notice of voluntary dismissal because it was filed "inadvertently and by mistake."  (ECF No. 6.)  Plaintiff's counsel states that "[c]ounsel contacted Plaintiff regarding the Order to show cause and plaintiff agreed to complete the documentation."

The Court is concerned that Plaintiff's counsel appears to have filed a notice of voluntary dismissal in response to the Court's order to show cause without her client's knowledge or

consent. The Court will disregard the notice of voluntary dismissal filed by Plaintiff's counsel. However, Plaintiff's counsel will still be required to file a timely response to the outstanding order to show cause. In addition to explaining why Plaintiff and his counsel failed to file a timely application to proceed in forma pauperis or pay the filing fee on time, Plaintiff's counsel shall explain the sequence of events that led her to file the notice of voluntary dismissal.

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's September 24, 2015 notice of voluntary dismissal is DISREGARDED; and

2. In their response to the September 23, 2015 order to show cause, Plaintiff's counsel shall explain how and why a notice of voluntary dismissal was filed on September 24, 2015.

IT IS SO ORDERED.

Dated:   **September 25, 2015**

UNITED STATES MAGISTRATE JUDGE