# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE ROCHA, <br><br>           Plaintiff, <br>v. <br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security. <br><br>           Defendant. | Case No.: 1:15-cv-01298-SAB <br><br>ORDER RE STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF IN SUPPORT OF PLAINTIFF'S COMPLAINT <br><br>(ECF No. 20) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his opening brief on or before June 13, 2016;

2. Defendant shall file her response on or before July 13, 2016; and

3. Plaintiff's reply, if any, shall be filed on or before July 28, 2016.

IT IS SO ORDERED.

Dated:  **May 16, 2016**

UNITED STATES MAGISTRATE JUDGE

-1-