# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE ROCHA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:15-cv-01298-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 23) |

Pursuant to the stipulation of the parties, Defendant's response to Plaintiff's opening brief shall be filed on or before July 28, 2016. Plaintiff's reply, if any, shall be filed on or before August 12, 2016.

IT IS SO ORDERED.

Dated:   **July 14, 2016**

UNITED STATES MAGISTRATE JUDGE