# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE ROCHA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:15-cv-01298-SAB<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE REPLY LATE<br><br>(ECF No. 27) |

On July 14, 2016, the Court issued an order setting August 12, 2016, as the deadline for Plaintiff's reply brief.  (ECF No. 24.)  On August 15, 2016, Plaintiff filed his reply brief.  (ECF No. 26.)  On August 15, 2016, Plaintiff also filed an application for leave to file his reply brief late.  (ECF No. 27.)

Under Rule 16 of the Federal Rules of Civil Procedure, a discovery and scheduling order controls the course of litigation unless the Court subsequently alters the original order.  Fed R. Civ. P. 16(d).  Modification of a scheduling order requires a showing of good cause, Fed. R. Civ. P. 16(b), and good cause requires a showing of due diligence, Johnson V. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992).  To establish good cause, the party seeking the modification of a scheduling order must generally show that even with the exercise of due diligence, they cannot meet the requirement of that order.  Id.  The court may also consider the prejudice to the party opposing the modification.  Id.

Plaintiff indicates that Plaintiff's counsel failed to comply with the Court's order because

of Plaintiff's counsel's hearing schedule. (ECF No. 27 at 1.) Plaintiff also indicates that Defendant does not object to Plaintiff filing his reply late and that Defendant would not oppose this application. (ECF No. 27 at 2.) Plaintiff's counsel is reminded that absent extraordinary circumstances, the parties should file any requests for extensions of deadlines prior to the expiration of the deadline. Upon review of Plaintiff's application for leave to file the reply brief late, and in light of Defendant's non-opposition, the Court grants Plaintiff's application.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's application for leave to file his reply brief late is GRANTED.

IT IS SO ORDERED.

Dated: **August 17, 2016**

UNITED STATES MAGISTRATE JUDGE